**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6229**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE RAMON KIMBLE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CR-91-20-NN, CA-96-144-4)

---

Submitted:  May 29, 1997

Decided:  June 10, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

George Ramon Kimble, Appellant Pro Se.  Mark Anthony Exley, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Robert William Wiechering, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Kimble, Nos. CR-91-20-NN; CA-96-144-4 (E.D. Va. Dec. 10, 1996). We further deny Appellant's motion for appointment of counsel as there are no substantial or complex issues of law in this case, and we decline to review any issues Appellant seeks to raise for the first time on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED